UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION )))))) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| _____ ) | |
| This Document Relates to: )) | |
| Paula A. Harris, 1:17-cv-01717 )) | |
| _____ ) | |

**ORDER TO AMEND SHORT FORM COMPLAINT**

The Cook Defendants[1] (or "Cook") move for judgment on the pleadings in Plaintiff Sherlyn Pinder's case pursuant to CMO-28. Plaintiff's claimed injury is a failed percutaneous retrieval that occurred on March 16, 2012. She filed the present lawsuit against Cook on May 24, 2017. In her Amended Short Form Complaint, she alleges claims for products liability, negligence, breach of warranty, and consumer fraud.

Before reaching the merits of Cook's motion, the court must satisfy itself that it has diversity jurisdiction over this case. The court understands the parties are of diverse citizenship; the court's concern is whether Plaintiff meets the amount-in-controversy requirement. *Sykes v. Cook Inc.*, 72 F. 4th 195, 206 (7th Cir. 2023) ("The court has an independent obligation to ensure it has jurisdiction, and it may raise an amount-in-

---

[1] The Cook Defendants are: Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS.

controversy issue even if the parties do not.").  Pursuant to 28 U.S.C. § 1332(a), the matter in controversy must "exceed[] the sum or value of $75,000, exclusive of interest and costs."  Accordingly, Plaintiff is **ORDERED** to file a Second Amended Short Form Complaint containing jurisdictional allegations by **November 25, 2024**.

**SO ORDERED** this 23rd day of October 2024.

                                      RICHARD L. YOUNG, JUDGE
                                      United States District Court
                                      Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.